### ELI CROZIER vs. HENRY WILSON.

On a trial by referees before a magistrate, the record must show that they were duly qualified. This must appear on the return to a certiorari, and the private certificate of the magistrate to the fact will not do.

CERTIORARI. *Record returned*.

Exceptions. 1st. That the referees were not duly summoned. 2d. That they were not sworn. 3d. That it does not appear that the magistrate had jurisdiction.

The record did not show the qualification of the referees; but, since the last continuance, the magistrate, at the request of the party, certified to the court under his hand and seal that the referees were sworn.

*The Court* said they could not notice this certificate: and, referring to the case of *Ray, use of Moon, vs. Hall,* 1 *Harr. Rep.* 106, reversed the judgment.

Judgment reversed.

*Gilpin*, for plaintiff in error.
*Wales*, for defendant.